# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FRANCO CARACCIOLI,

Plaintiff,

v.

JAMES BURNETT, et al.,

Defendants.

Case No. 17-cv-981 DMS (WVG)

**ORDER (1) ADOPTING REPORT AND RECOMMENDATION AND (2) GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO DISMISS**

On September 10, 2019, Plaintiff Franco Caraccioli, proceeding *pro se* and *in forma pauperis*, filed a Second Amended Complaint pursuant to 42 U.S.C. § 1983 alleging two causes of action for (1) violation of his Fourth Amendment rights and (2) violation of the Tom Bane Civil Rights Act, Cal. Civ. Code § 52.1. On October 5, 2018, Defendant James Burnett filed a motion to dismiss. On November 7, 2018, Defendants Samuel Cote, Edwin Garrette, Justin Featherly, Jeffrey Swett, Jon Goebel, Jonathan Junker, Thomas McGrath, Rebecca Slade, John Horvath, and Joel Mendoza joined Burnett's motion. Plaintiff filed oppositions to Defendants' motions, and Defendants filed replies.

On June 5, 2019, Magistrate Judge William V. Gallo issued a Report and Recommendation ("R&R"), recommending that the Court (1) grant Defendants' motion as to Plaintiff's first cause of action with prejudice, (2) deny Defendants'

motion as to Plaintiff's second cause of action, (3) grant Defendant Burnett's motion to dismiss for failure to state a claim without prejudice, and (4) deny Defendants Cote, Garrette, Featherly, Swett, Goebel, Junker, McGrath, Slade, Horvath, and Mendoza's motion to dismiss for failure to state a claim. Plaintiff filed an objection to the R&R, and Defendants filed a reply.

This Court, having reviewed *de novo* the Magistrate Judge's R&R and the objections and reply thereto, adopts the Magistrate Judge's recommendation in its entirety. Plaintiff may file a Third Amended Complaint subject to the limitations set forth in the R&R,[1] on or before **August 30, 2019**.

**IT IS SO ORDERED.**

Dated: August 5, 2019

Hon. Dana M. Sabraw
United States District Judge

---

[1] *See* R&R at 10:15–19.